UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF NEW YORK

| | |
|---|---|
| **Roystan Ritchie**, individually, and on behalf of others similarly situated,<br><br>Plaintiff,<br><br>-against-<br><br>**Safelite Fulfillment, LLC**,<br><br>Defendant. | Civil Action No.: 1:26-cv-5929<br><br>**NOTICE OF REMOVAL TO UNITED STATES DISTRICT COURT FROM NEW YORK STATE SUPREME COURT, QUEENS COUNTY, INDEX NO. 725377/2026** |

**TO: THE HONORABLE JUDGES OF THE UNITED STATES DISTRICT COURT, EASTERN DISTRICT OF NEW YORK,**

Pursuant to 28 U.S.C. §§ 1331, 1367, 1441, and 1446, Defendant, Safelite Fulfillment, LLC, by and through its undersigned counsel, gives notice of removal of this action to the United States District Court for the Eastern District of New York and, in support thereof, states as follows:

1. Plaintiff Roystan Ritchie ("Plaintiff") filed a Complaint against Defendant in the Supreme Court of the State of New York, County of Queens, Index No. 725377/2026 (the "State Court Action") on August 25, 2026. Plaintiff is a former employee of Defendant and seeks relief for alleged wage and hour violations, including overtime and minimum wage pay, on behalf of himself and a putative class and/or collective of Defendant's employees. *See* Copy of Summons and Complaint attached hereto as **Exhibit A**. Pursuant to 28 U.S.C. § 1446(a), these documents constitute all of the process and pleadings that have been served in this matter, and true and correct copies are attached hereto.

2. This Court has jurisdiction under 28 U.S.C. § 1331 (federal question) because this matter arises principally under the laws of the United States, including Plaintiff's claims under the federal Fair Labor Standards Act ("FLSA"), 29 U.S.C. § 201 *et seq*. *See* Complaint ¶ 83–96.

3. Pursuant to 28 U.S.C. § 1367(a), this Court has supplemental jurisdiction over Plaintiff's additional claims in the Complaint because they are so related to Plaintiff's federal FLSA claims that they involve a common nucleus of operative facts and "form part of the same case or controversy." Plaintiff's additional claims involve the same or similar alleged wage and hour violations related to Plaintiff's employment with Defendant, and are brought on behalf of the same or similar class and/or collective of Defendant's employees, including claims for overtime and minimum wage pay under state law that mirror Plaintiff's federal claims. The additional claims do not raise complex or novel issues of state law, nor do they substantially predominate over the federal claims.

4. The United States District Court for the Eastern District of New York is the Federal District Court having jurisdiction over this matter. The State Court Action was filed in a venue located within the Eastern District of New York.

5. This Notice of Removal is timely as the 30-day time period set forth in 28 U.S.C. § 1446(b) has not expired since Defendant was served with the Summons and Complaint and first received notice of this action on September 4, 2026.

6. Defendant is the sole named Defendant in this case; therefore, all defendants consent to this Notice of Removal.

7. Pursuant to 28 U.S.C. § 1446(d), promptly after the filing of this Notice of Removal, a true and correct copy of same will be filed with the Clerk of the Supreme Court of the State of New York, Queens County and served upon Plaintiff's counsel.

**WHEREFORE**, based on the foregoing, Defendant gives notice of removal of the State Court Action to the United States District Court for the Eastern District of New York, and requests that all further proceedings be held in this Court.

Dated: New York, New York
September 24, 2026

**PORZIO, BROMBERG & NEWMAN, P.C.**

By:______________________________
Kerri A. Wright
1675 Broadway, Suite 1910
New York, NY 10019
Telephone: 212-265-6888
E-mail: kawright@pbnlaw.com

Vorys, Sater, Seymour and Pease LLP
Daniel J. Clark (OH 098479)*
Oliver D. Frey (OH 075125)*
52 E. Gay St.
Columbus, OH 43215
Telephone: (614) 464-6436
Email: djclark@vorys.com
odfrey@vorys.com

*Motions for admission *pro hac vice* forthcoming

*Attorneys for Defendant Safelite Fulfillment, LLC*

To: Joanna Ghosh
Lawyers for Justice, P.C.
217 Broadway, Suite 511
New York, New York 10007
Telephone: (516) 587-8423
Email: joanna@calljustice.com

*Attorney for Plaintiff*