**IN THE UNITED STATES DISTRICT COURT**
**FOR THE EASTERN DISTRICT OF NEW YORK**

ROYSTAN RITCHIE, individually, and on behalf of others similarly situated,

Plaintiff,

vs.

SAFELITE FULFILLMENT, LLC,

Defendant.

Case No. 1:26-cv-05929

**NOTICE OF WITHDRAWAL OF COUNSEL**

PLEASE TAKE NOTICE that Breanna Small is no longer associated with the law firm of Lawyers *for* Justice, P.C. as of November 5, 2026. Pursuant to Local Rule 1.4(b), Plaintiff requests that Ms. Small be withdrawn as attorney of record in this case and that all further electronic notices in the matter for Ms. Small be terminated. Counsel Benjamin Goldstein of Lawyers *for* Justice, P.C. shall continue as counsel for Plaintiff and the Putative Class and FLSA Collective in this case. Counsel of record for Plaintiff otherwise remains the same.

Dated: November 5, 2026

Respectfully submitted,

*/s/ Benjamin Goldstein*

Benjamin Goldstein
**LAWYERS *for* JUSTICE, P.C.**
217 Broadway, Suite 511
New York, New York 10007
Telephone: (516) 587-8423
Facsimile: (818) 265-1021
b.goldstein@calljustice.com

*Attorney for Plaintiff and the Putative Class and FLSA Collective*