UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF NEW YORK

-------------------------------------------------------X

Roystan Ritchie,

Plaintiff

against

Safelite Fulfillment, LLC

Defendant

-------------------------------------------------------X

NOTICE OF MOTION
TO ADMIT COUNSEL
PRO HAC VICE

TO: Opposing Counsel

United States District Court, E.D.N.Y.

PLEASE TAKE NOTICE that upon the annexed affidavit of movant in support of this motion and the Certificate(s) of Good Standing annexed thereto, I Oliver D. Frey will move this Court pursuant to Rule 1.3(c) of the Local Rules of the United States District Courts for the Southern and Eastern Districts of New York for an order allowing the admission of movant, a member of the firm of Vorys, Sater, Seymour and Pease LLP and a member in good standing of the bar(s) of the State(s) of Ohio, as attorney *pro hac vice* to argue or try this case in whole or in part as counsel for Defendant, Safelite Fulfillment, LLC. There are no pending disciplinary proceedings against me in any state or federal court. (If there are any disciplinary proceedings, describe them.)

Dated: 10/19/26

Respectfully submitted,

[signature]

Signature of Movant

Firm Name Vorys, Sater, Seymour and Pease LLP
Address 52 East Gay Street
Columbus, Ohio 43215
Email odfrey@vorys.com
Phone 614-464-6323