**UNITED STATES DISTRICT COURT**
**EASTERN DISTRICT OF NEW YORK**

---

Roystan Ritchie

Plaintiff(s),

v.

Safelite Fulfillment, LLC

**Defendant(s).**

---

1:26-cv-05929

**AFFIDAVIT IN SUPPORT OF**
**MOTION TO ADMIT COUNSEL**
***PRO HAC VICE***

I, Oliver D. Frey, being duly sworn, hereby depose and say as follows:

1. I am a(n) Partner with the law firm of Vorys, Sater, Seymour and Pease LLP.
2. I submit this affidavit in support of my motion for admission to practice *pro hac vice* in the above-captioned matter.
3. As shown in the Certificate)s) of Good Standing annexed hereto, I am a member in good standing of the bar of the state(s) of Ohio.
4. There are no pending disciplinary proceedings against me in any state or federal court True
5. I Have not been convicted of a felony. If you have, please describe facts and circumstances.

6. I Have not been censured, suspended, disbarred or denied admission or readmission by any court. If you have, please describe facts and circumstances.

7. Attorney Registration Number(s) if applicable: OH-0075125
8. Wherefore, your affiant respectfully submits that s/he be permitted to appear as counsel and advocate *pro hac vice* in case 1:26-cv-05929 for Defendant Safelite Fulfillment, LLC.

Date 10/19/26

Columbus, OH

[signature]

Signature of Movant

Firm Name Vorys, Sater, Seymour and Pease LLP

Address 52 East Gay Street

Columbus, Ohio 43215

Email odfrey@vorys.com

Phone 614-464-6323

**NOTARIZED**

[signature]

NOTARIAL SEAL STATE OF OHIO

Kema D Ayers Jones
Notary Public, State of Ohio
My Commission Expires 02-20-2029