UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF NEW YORK

-------------------------------------------------------X

Roystan Ritchie,

Plaintiff

against

Safelite Fulfillment, LLC

Defendant

-------------------------------------------------------X

1:26-cv-05929

NOTICE OF MOTION TO ADMIT COUNSEL PRO HAC VICE

TO: Opposing Counsel

PLEASE TAKE NOTICE that upon the annexed affidavit of movant in support of this motion and the Certificate(s) of Good Standing annexed thereto, I Daniel J. Clark will move this Court pursuant to Rule 1.3(c) of the Local Rules of the United States District Courts for the Southern and Eastern Districts of New York for an order allowing the admission of movant, a member of the firm of Vorys, Sater, Seymour and Pease LLP and a member in good standing of the bar(s) of the State(s) of Ohio, as attorney *pro hac vice* to argue or try this case in whole or in part as counsel for Defendant, Safelite Fulfillment, LLC. There are no pending disciplinary proceedings against me in any state or federal court. (If there are any disciplinary proceedings, describe them.)

Dated: 10/19/26

Respectfully submitted,

[signature]

Signature of Movant
Firm Name Vorys, Sater, Seymour and Pease LLP
Address 52 East Gay Street
Columbus, Ohio 43215
Email djclark@vorys.com
Phone 614-464-6436

**UNITED STATES DISTRICT COURT**
**EASTERN DISTRICT OF NEW YORK**

-----------------------------------------------------------

Roystan Ritchie

Plaintiff(s),

v.

Safelite Fulfillment, LLC

**Defendant(s).**

-----------------------------------------------------------

1:26-cv-05929

**AFFIDAVIT IN SUPPORT OF MOTION TO ADMIT COUNSEL *PRO HAC VICE***

I, Daniel J. Clark, being duly sworn, hereby depose and say as follows:

1. I am a(n) Partner with the law firm of Vorys, Sater, Seymour and Pease LLP.
2. I submit this affidavit in support of my motion for admission to practice *pro hac vice* in the above-captioned matter.
3. As shown in the Certificate)s) of Good Standing annexed hereto, I am a member in good standing of the bar of the state(s) of Ohio.
4. There are no pending disciplinary proceedings against me in any state or federal court True
5. I Have not been convicted of a felony. If you have, please describe facts and circumstances.

6. I Have not been censured, suspended, disbarred or denied admission or readmission by any court. If you have, please describe facts and circumstances.

7. Attorney Registration Number(s) if applicable: OH-0075125
8. Wherefore, your affiant respectfully submits that s/he be permitted to appear as counsel and advocate *pro hac vice* in case 1:26-cv-05929 for Defendant Safelite Fulfillment, LLC.

Date 10/14/2026

Columbus, OH

Signature of Movant

Firm Name Vorys, Sater, Seymour and Pease LLP

Address 52 East Gay Street

Columbus, Ohio 43215

Email djclark@vorys.com

Phone 614-464-6436

**NOTARIZED**

Kathryn A Yates

NOTARIAL SEAL STATE OF OHIO

KATHRYN A. YATES
Notary Public, State of Ohio
My Commission Expires 6/7/2027

# THE SUPREME COURT *of* OHIO

## CERTIFICATE OF GOOD STANDING

I, MICHEL JENDRETZKY, Director of the Office of Attorney Services of the Supreme Court of Ohio, do hereby certify that I am the custodian of the records of the Registration and Continuing Legal Education Section of the Supreme Court and that the Office of Attorney Services is responsible for reviewing Court records to determine the status of Ohio attorneys. I further certify that, having fulfilled all of the requirements for admission to the practice of law in Ohio,

**Daniel John Clark**
Attorney Registration No. **0075125**

was admitted to the practice of law in Ohio on November 18, 2002; has registered as an active attorney pursuant to the Supreme Court Rules for the Government of the Bar of Ohio; is in good standing with the Supreme Court of Ohio; and is entitled to practice law in this state.

IN TESTIMONY WHEREOF, I have subscribed my name and affixed the seal of the Supreme Court, this 29th day of October, 2026.

MICHEL JENDRETZKY
*Director, Office of Attorney Services*

Penny Marchal
*Attorney Services Coordinator, Registration and Continuing Legal Education Section*

No. 2026-10-29-1
Verify by email: GoodStandingRequests@sc.ohio.gov