LAWYERS FOR JUSTICE PC

November 25, 2026

Hon. James R. Cho
United States Magistrate Judge
United States District Court
Eastern District of New York
225 Cadman Plaza East
Brooklyn, NY 11201

**Re:** *Ritchie v. Safelite Fulfillment, LLC*
No. 1:26-cv-05929-DG-JRC

Dear Judge Cho:

With Defendant's consent, Plaintiff writes on behalf of all parties to request more time to select a mediator, complete mediation, and file the related status reports. The parties exchanged initial discovery under the Court's October 2, 2026 Order and discussed what additional documents and information they would need for mediation. Based on those discussions, the parties need to investigate further and exchange additional documents and information before they can adequately discuss the scope of mediation.

The parties therefore ask the Court to extend the deadlines as follows:

1. Notify the Court of the mediator selection and file the second status report: January 26, 2027;
2. Complete mediation: March 10, 2027; and
3. File the joint post-mediation status report: March 24, 2027.

This is the parties' first request to extend these deadlines. No other deadlines would change.

Thank you for the Court's attention and consideration.

Respectfully submitted,

/s/ *Benjamin A. Goldstein*
Benjamin A. Goldstein